Argued and submitted May 19, affirmed on appeal, reversed on cross-appeal, and
remanded with instructions June 18, 1986

HUSTON,
*Respondent - Cross-appellant,*

*v.*

BUEHNER,
*Appellant - Cross-respondent,*

*and*

GREEN,
*Defendant - Cross-respondent.*

(43-117; CA A34194)

720 P2d 1338

Bernard B. Brink, Hillsboro, argued the cause for appellant - cross-respondent. With him on the brief was Brink, Moore, Brink & Peterson, Hillsboro.

Fred C. Nachtigal, Hillsboro, argued the cause for respondent - cross-appellant. With him on the brief was Fryer, Rich & Nachtigal, Hillsboro.

No appearance for cross-respondent Green.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In this action for breach of contract, defendant appeals from a judgment entered pursuant to a jury verdict.[1] We affirm on the appeal. Plaintiff cross-appeals and seeks prejudgment interest on the jury's award of $11,000 for the amount due on the "balance of the employment contract." Plaintiff alleged in his amended complaint a foundation for prejudgment interest from January 15, 1979. The $11,000 which plaintiff sought to recover from defendant was ascertained or readily ascertainable by simple computation. *See Krieg v. Union Pacific Land Res. Corp.,* 269 Or 221, 234, 525 P2d 48 (1974). Accordingly, plaintiff is entitled to prejudgment interest at the legal rate[2] commencing January 15, 1979, for each installment as it fell due under the contract. *See, e.g., Kotan v. School Dist. No. 110C,* 13 Or App 139, 149, 509 P2d 452 (1973).

Affirmed on the appeal; reversed on the cross-appeal; and remanded with instructions to enter a new judgment not inconsistent with this opinion.

---

[1] The judgment in favor of defendant Green and against plaintiff is not appealed.

[2] The legal rate of interest changed from six percent to nine percent on July 25, 1979. ORS 82.010 (Or Laws 1979, ch 794, §§ 1, 3).